United States District Court
Southern District of Texas
**ENTERED**
February 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THOMAS WESLEY SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-189 |
| | § | |
| TARGET CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Thomas Wesley Smith filed a complaint in Texas state court asserting a claim of premises liability against Defendant Target Corporation. (Doc. 1-1) Target removed the matter to this Court based on diversity jurisdiction. Target now moves for summary judgment, and Smith has timely responded. (Motion, Doc. 21; Response, Doc. 25)

On January 13, 2021, the United States Magistrate Judge issued a Report and Recommendation (Doc. 26) concluding that Target's Motion should be granted. No party filed any objections to the Report and Recommendation.

The Court **ADOPTS** the Report and Recommendation. As a result, it is:

**ORDERED** that Defendant's Motion for Final Summary Judgment (Doc. 21) is **GRANTED**.

The Court will separately issue a Final Judgment.

Signed on February 1, 2021.

_____
Fernando Rodriguez, Jr.
United States District Judge