United States District Court
Southern District of Texas
**ENTERED**
February 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THOMAS WESLEY SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-189 |
| | § | |
| TARGET CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On February 1, 2021, the Court granted summary judgment in favor of Target Corporation as to all of the causes of action of Plaintiff Thomas Wesley Smith. (Order, Doc. 27) As a result, it is:

**ORDERED** that Plaintiff Thomas Wesley Smith take nothing on all claims alleged or that could have been alleged against Target Corporation. Each party shall bear its own costs.

This is a final and appealable judgment. The Clerk of Court is directed to close this matter.

Signed on February 1, 2021.

_____
Fernando Rodriguez, Jr.
United States District Judge